No. 962, October Term, 1940. MARTIN M. GOLDMAN *v.* UNITED STATES;
No. 963, October Term, 1940. SHULMAN *v.* UNITED STATES; and
No. 980, October Term, 1940. THEODORE GOLDMAN *v.* UNITED STATES. October 20, 1941. The motion to defer consideration of the petition for rehearing is denied. The petition for rehearing is granted. The order denying cer-

tiorari, 313 U. S. 588, is vacated, and the petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit is granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Jeremiah T. Mahoney, Jacob W. Friedman,* and *Osmond K. Fraenkel* for petitioners. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Louis B. Schwartz* for the United States. Reported below: 118 F. 2d 310.

